**No. 10-369. Steve Baldwin, et al., Petitioners v. Kathleen Sebelius, Secretary of Health and Human Services, et al.**

562 U.S. 1037, 131 S. Ct. 573, 178 L. Ed. 2d 428, 2010 U.S. LEXIS 8725.

November 8, 2010. Petition for writ of certiorari before judgment to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6635. Troy Brown, Petitioner v. E. K. McDaniel, Warden, et al.**

562 U.S. 1037, 131 S. Ct. 577, 178 L. Ed. 2d 428, 2010 U.S. LEXIS 8675.

**No. 10-6814. Mark Jordan, Petitioner v. United States.**

562 U.S. 1037, 131 S. Ct. 579, 178 L. Ed. 2d 428, 2010 U.S. LEXIS 8722.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 379 Fed. Appx. 758.

**No. 10-6850. Bryant William Reed, Petitioner v. United States.**

562 U.S. 1037, 131 S. Ct. 581, 178 L. Ed. 2d 428, 2010 U.S. LEXIS 8748.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 389 Fed. Appx. 272.

**No. 10-6887. Isaiah Mercado, Petitioner v. United States.**

562 U.S. 1037, 131 S. Ct. 584, 178 L. Ed. 2d 428, 2010 U.S. LEXIS 8687.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 371 Fed. Appx. 122.

**No. 10-6937. In re Jason Earl Jones, Petitioner.**

562 U.S. 1028, 131 S. Ct. 586, 178 L. Ed. 2d 428, 2010 U.S. LEXIS 8780.

November 8, 2010. Petition for writ of habeas corpus denied.